Form 240B – Order on Reaffirmation Agreement (12/07)

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re:<br><br>Robert W. Farmer,<br>Patricia Farmer<br><br><br><br><br><br>Debtor(s) | **FILED & ENTERED**<br><br>**NOV 12 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus   DEPUTY CLERK**<br><br>CHAPTER: 7<br>CASE NO.: 8:09-bk-14918-TA |

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) Robert W. Farmer, Patricia Farmer filed a motion for approval of the reaffirmation agreement on September 4, 2009 made between the debtor(s) and LBS Financial Credit Union ($22,258.95 – 2008 Dodge Durango).

The Court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on   October 23, 2009.
                                                                                                                                                       (Date)

COURT ORDER:

☒ The court grants the debtor's motion under 11 U.S.C. § 524 (c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation Agreement described above.

☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court does not approve the reaffirmation agreement.

BY THE COURT

###

DATED: November 12, 2009

*[signature: Theodor C. Albert]*
United States Bankruptcy Judge

---

This form is optional.  It has been approved by the United States Bankruptcy Court for the Central District of California

*Revised December 2008*

Order on Reaffirmation Agreement – Page 2

| In re         (SHORT TITLE)<br>Robert W. Farmer<br>Patricia Farmer<br>Debtor(s). | CASE NO.: 8:09-bk-14918-TA |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON REAFFIRMATION AGREEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Caroline S Kim    cki@legalhelpers.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

LBS Financial Credit Union
PO Box 4860
Long Beach, CA 90804-0860

Robert W. Farmer
Patricia Farmer
11202 Arroyo Ave
Santa Ana, CA 92705

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is optional.  It has been approved by the United States Bankruptcy Court for the Central District of California

*Revised December 2008*