# United States Bankruptcy Court
## Central District of California

In re    Robert W. Farmer
       Patricia Farmer

                       Debtor(s)

Case No.   8:09-bk-14918

Chapter   7

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
Schedule B
Schedule C
Schedule F

# NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   04 / 8 / 10

Paimon Banani SB# 259147
Attorney for Debtor(s)
Legal Helpers, P.C. (by Macey & Aleman)
Richard K. Gustafson II, Esq. Partner (SB 193914)
4300 Long Beach Blvd, Ste 420
Long Beach, CA 90807
562.428.7777 Fax:562.428.7999
courtnotice@legalhelpers.com

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

| In re: | | CHAPTER: 7 |
|---|---|---|
| Robert W. Farmer<br>Patricia Farmer | | CASE NUMBER: 8:09-bk-14918 |
| | Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4300 Long Beach Blvd., Suite 420, Long Beach, CA 90807

A true and correct copy of the foregoing document described as ___Amended Schedules B, C and F___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 04/08/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

wkosmala@kosmalalaw.com

dinah.grosch@usdoj.gov

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On ___04/08/10___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor C Albert**
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/08/10 | Juan Iglesias | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br><br>Robert W. Farmer<br>Patricia Farmer<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 8:09-bk-14918 |
|---|---|

## ADDITIONAL SERVICE INFORMATION (if needed):

*Trustee*
**Weneta M Kosmala**
P.O. Box 16279
Irvine, CA 92623

*U.S. Trustee*
**United States Trustee (SA)**
411 W. Fourth St., Suite 9041
Santa Ana, CA 92701-4593

*Debtor*
**Robert Farmer**
11202 Arroyo Ave
Santa Ana, CA 92705

*Joint Debtor*
**Patricia Farmer**
11202 Arroyo Ave
Santa Ana, CA 92705

**SEE ATTACHED LIST**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 Best Case Solutions · Evanston, IL · bestcase.com                                        Best Case Bankruptcy

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355-0701

Antonio Soich
6 1/2 The Strand
Hermosa Beach, CA 90254

Associates/citibank
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Mc4-105-03-14
4161 Piedmont Pkwy
Greensboro, NC 27410-8110

Bank of America
MC4-105-03-14, 4161 Peidmont Pwy
Greensboro, NC 27420

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091-5155

Chase
PO Box 94014
Palatine, IL 60094-4014

Chase - Cc
Attention: Banktruptcy Department
Po Box 15298
Wilmintgon, DE 19850-5298

Citi
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

CitiBank
PO Box 44183
Jacksonville, FL 32231-4183

Corri Ferrentino, Atty at Law
1901 Newport Blvd
Suite 350
Costa Mesa, CA 92627-2299

Countrywide Home Lending
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062-5170

Credit Collection Services
Two Wells Ave., Dept. 7249
Newton Center, MA 02459-3208

Don F Mills, MD
500 South Main Street #1210
Orange, CA 92868-4556

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

Ellen Joyce Reed
6534 Lincoln Green
Holland, OH 43528-9670

Farmer's Insurance
PO Box 268992
Oklahoma City, OK 73126-8992

Farmer's insurance
8907 Warner Ave., Ste. 168
Huntington Beach, CA 92647-8304

(p)FORD MOTOR CREDIT COMPANY
PO BOX 6275
DEARBORN MI 48121-6275

Franchise Tax Board
PO Box 942840
Sacramento, CA 94240-0001

Gemb/care Credit
Attn: Bankruptcy
Po Box 103106
Roswell, GA 30076-9106

Gmac
Po Box 12699
Glendale, AZ 85318

HSBC
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-5213

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JC Penney
Attention: Bankruptcy Department
Po Box 103106
Roswell, GA 30076-9106

Lbs Financial Cu
Po Box 4860
Long Beach, CA 90804-0860

Orange Co. Treasurer -Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153

IRS
PO Box 21126
Philadelphia, PA 19114

(u)Bank of America
PO Box 15710
Greensboro, DE 19866-5710

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Filer's Name: | Paimon Banani SB# 259147 | Atty Name (if applicable): | Paimon Banani |
|---|---|---|---|
| | Legal Helpers, PC | | |
| | Richard K. Gustafson II, Esq. | | |
| | Partner (SB 193914) | | |
| | 4300 Long Beach Blvd, Ste 420 | | |
| Street Address: | Long Beach, CA 90807 | CA Bar No. (if applicable): | 259147 |
| Filer's Telephone No.: | 562.428.7777 | Atty Fax No. (if applicable): | 562.428.7899 |

| In re: | Case No. 8:09-bk-14918 |
|---|---|
| Robert W. Farmer | Chapter 7 |
| Patricia Farmer | |

### AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes          ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A     ☒ B     ☒ C     ☐ D     ☐ E     ☒ F     ☐ G     ☐ H     ☐ I     ☐ J

☐ Statement of Social Security Number(s)     ☐ Statement of Financial Affairs
☐ Statement of Intention                     ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, Robert W. Farmer and Patricia Farmer, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:    04 | 8 | 10

**FOR COURT USE ONLY**

Robert W. Farmer
*Debtor Signature*

Patricia Farmer
*Co-Debtor Signature*

**SEE PROOF OF SERVICE**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:    04/08/2010

Juan Iglesias
Print or Type Name

Signature

**Creditors:**

**Jon Irvine**
2 South Pointe Suite 240
Lake Forest, CA 92708

**Josh Friend**
18594 Santa Ynez
Fountain Valley, CA 92708

**KMJ/Corbin & Company**
555 Anton Blvd
Costa Mesa, CA 92626

**Kristy Wolford**
2 South Pointe Suite 240
lake Forest, CA 92708

**Steve Lee**
6 Vinewood Lane
Ladera Ranch, CA 92694

**Steve Pitchersky**
268 Paseo Vista Circle
Palm Desert, Ca 92260

**Nationwide Mortgage Concepts**
40380 Desert Creek Lane
Rancho Mirage, CA 92270

**Mark DiMaria, Esq.**
Chapman, Glucksman, Dean Roeb & Barger
Attorneys for KMJ/Corbin & Company
11900 W. Olympic Blvd., Suite 800
P.O Box 64704
Los Angeles, CA 90064

**John J. Hamilton, Esq**
Attorney For Steve Lee
39 Chadwick
Irvine, CA 92618

**Eric J. Rans**
Attorney for Mr. & Mrs. Farmer
Michelman & Robinson, LLP
4 Hutton Centre Drive, Suite 300
Santa Ana, CA 92707

B-1008 *Revised November 2003*

B6B (Official Form 6B) (12/07)

In re    Robert W. Farmer,          Case No.    8:09-bk-14918
         Patricia Farmer
                                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking | C | 0.00 |
| | | Wells Fargo Checking | C | 235.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Used Household Goods and Furniture | C | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous collectibles - cd's, dvd's, etc. | C | 150.00 |
| 6. Wearing apparel. | | Personal Used Clothing | C | 500.00 |
| 7. Furs and jewelry. | | Miscellaneous Jewelry | C | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 shotguns - based comparable value | C | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Banner Insurance - Term Life - no cash surrender value (husband) | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 4,885.00 |
|---|---|---|
|  | (Total of this page) | |

  3  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Robert W. Farmer,                                                Case No.  __8:09-bk-14918__
          Patricia Farmer

                                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2008 Tax Refund = owed | C | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Robert W. Farmer,**                                          Case No.   __8:09-bk-14918__
        **Patricia Farmer**

                                      Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Nationwide Mortgage Concepts 40380 Desert Creek Lane Rancho Mirage, Ca 92270 Additional Defendants: 1) Steve Pitchersky: 2) Jon Irvine 3) Josh Friend 4) Kristy Wolford Debtor may have a future interest in Nationwide Mortgage Concepts. Debtor will file lawsuit within the next year against this company and the Individuals named above. Debtor will seek only monetary damages against company and defendants named above. Potential monetary relief is unkown at this time. | C | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Dodge Durango - 10k mi - value per KBB | C | 17,000.00 |
| | | 2008 Dodge Durango 15k mi; value per KBB | C | 17,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total >     34,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Robert W. Farmer,    Case No. ___8:09-bk-14918___
         Patricia Farmer

Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 38,885.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   Robert W. Farmer,   Case No. ___8:09-bk-14918___
        Patricia Farmer

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking | C | 0.00 |
| | | Wells Fargo Checking | C | 235.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Used Household Goods and Furniture | C | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous collectibles - cd's, dvd's, etc. | C | 150.00 |
| 6. Wearing apparel. | | Personal Used Clothing | C | 500.00 |
| 7. Furs and jewelry. | | Miscellaneous Jewelry | C | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 shotguns - based comparable value | C | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Banner Insurance - Term Life - no cash surrender value (husband) | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   4,885.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Robert W. Farmer,                                           Case No.    8:09-bk-14918
         Patricia Farmer

                                        Debtors
                        **SCHEDULE B - PERSONAL PROPERTY**
                                  (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2008 Tax Refund = owed | C | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | Sub-Total > (Total of this page) | 0.00 |

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Robert W. Farmer,                                                Case No.    8:09-bk-14918
         Patricia Farmer
                                        Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Nationwide Mortgage Concepts 40380 Desert Creek Lane Rancho Mirage, Ca 92270<br><br>Additional Defendants: 1) Steve Pitchersky: 2) Jon Irvine 3) Josh Friend 4) Kristy Wolford<br><br>Debtor may have a future interest in Nationwide Mortgage Concepts. Debtor will file lawsuit within the next year against this company and the Individuals named above. Debtor will seek only monetary damages against company and defendants named above. Potential monetary relief is unknown at this time. | C | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Dodge Durango - 10k mi - value per KBB | C | 17,000.00 |
| | | 2008 Dodge Durango 15k mi; value per KBB | C | 17,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total >     34,000.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Robert W. Farmer,                                             Case No.  8:09-bk-14918
       Patricia Farmer
                                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 38,885.00 |

Sheet  3   of  3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    Robert W. Farmer,                                    Case No. __8:09-bk-14918__
         Patricia Farmer

                                        Debtors
                    **SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Checking, Savings, or Other Financial Accounts, Certificates of Deposit | | | |
| Wells Fargo Checking | C.C.P. § 703.140(b)(5) | 235.00 | 235.00 |
| Household Goods and Furnishings | | | |
| Used Household Goods and Furniture | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| Books, Pictures and Other Art Objects; Collectibles | | | |
| Miscellaneous collectibles - cd's, dvd's, etc. | C.C.P. § 703.140(b)(3) | 150.00 | 150.00 |
| Wearing Apparel | | | |
| Personal Used Clothing | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| Furs and Jewelry | | | |
| Miscellaneous Jewelry | C.C.P. § 703.140(b)(4) | 500.00 | 500.00 |
| Firearms and Sports, Photographic and Other Hobby Equipment | | | |
| 2 shotguns - based comparable value | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| Other Contingent and Unliquidated Claims of Every Nature | | | |
| Nationwide Mortgage Concepts<br>40380 Desert Creek Lane<br>Rancho Mirage, Ca 92270 | C.C.P. § 703.140(b)(5) | 21,090.00 | Unknown |
| Additional Defendants:<br>1) Steve Pitchersky:<br>2) Jon Irvine<br>3) Josh Friend<br>4) Kristy Wolford | | | |
| Debtor may have a future interest in Nationwide Mortgage Concepts. Debtor will file lawsuit within the next year against this company and the Individuals named above. Debtor will seek only monetary damages against company and defendants named above. Potential monetary relief is uknown at this time. | | | |
| Automobiles, Trucks, Trailers, and Other Vehicles | | | |
| 2008 Dodge Durango - 10k mi - value per KBB | C.C.P. § 703.140(b)(2) | 0.00 | 17,000.00 |
| 2008 Dodge Durango 15k mi; value per KBB | C.C.P. § 703.140(b)(5) | 0.00 | 17,000.00 |
| | Total: | 25,975.00 | 38,885.00 |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Robert W. Farmer,                                    Case No. ___8:09-bk-14918___
         Patricia Farmer
_____
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxx4323  American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | H | | Opened 5/01/05 Last Active 10/22/08 CreditCard | | | | 30,910.00 |
| Account No. xxxxxxxxxxxx3033  American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | C | | Opened 5/10/05 Last Active 10/22/08 CreditCard | | | | 30,149.00 |
| Account No. xxxxxxxxxxxx1083  American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | H | | Opened 12/01/05 Last Active 11/03/08 CreditCard | | | | 2,217.00 |
| Account No. xxxx x xxxxx x1007  American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | C | | CreditCard | | | | 8,765.83 |
| _7_ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 72,041.83 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert W. Farmer,                                          Case No.   8:09-bk-14918
        Patricia Farmer

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal Loan from friend | | | | |
| Antonio Soich 6 1/2 The Strand Hermosa Beach, CA 90254 | C | | | | | | 7,500.00 |
| Account No. xxxxxxxx0549 | | | Opened 6/01/04  Last Active 10/30/08 CreditCard | | | | |
| Associates/citibank Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | C | | | | | | 51,044.00 |
| Account No. 2774 | | | Opened 5/01/06  Last Active 10/15/08 CreditCard | | | | |
| Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | C | | | | | | 54,469.68 |
| Account No. 7990 | | | Opened 3/01/07  Last Active 10/07/08 CreditCard | | | | |
| Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | C | | | | | | 10,745.00 |
| Account No. xxxx x xxxxxx 8301 | | | Credit Card | | | | |
| Bank of America PO Box 15710 Greensboro, DE 19866-5710 | C | | | | | | 55,000.00 |

Sheet no.  1  of  7  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            178,758.68

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert W. Farmer,                                     Case No.    8:09-bk-14918
         Patricia Farmer
_____
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx x xxxxxx 6227 | | | | Credit Card | | | | |
| Bank of America NC4-105-03-14, 4161 Peidmont Pwy Greensboro, NC 27420 | C | | | | | | | 23,767.89 |
| Account No. xxxx-xxxx-xxxx-6235 | | | | Credit Card | | | | |
| Bank of America NC4-105-03-14, 4161 Peidmont Pwy Greensboro, NC 27420 | C | | | | | | | 44,827.49 |
| Account No. xxxxxxxx2508 | | | | Opened 10/01/08 Last Active 12/17/08 CreditCard | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | H | | | | | | | 609.00 |
| Account No. xxxx-xxxx-xxxx-2793 | | | | Credit Card | | | | |
| Chase PO Box 94014 Palatine, IL 60094 | C | | | | | | | 13,534.77 |
| Account No. xxxxxxxx2520 | | | | Opened 8/01/06 Last Active 10/27/08 CreditCard | | | | |
| Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmington, DE 19850 | H | | | | | | | 43,389.00 |

Sheet no. _2__ of _7__ sheets attached to Schedule of          Subtotal                      126,128.15
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert W. Farmer,    Case No.    8:09-bk-14918
         Patricia Farmer
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx7607 |  |  | Opened 7/01/04  Last Active 10/07/08 CreditCard |  |  |  |  |
| Citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | C |  |  |  |  |  | 32,444.00 |
| Account No. xxxxxxxx1452 |  |  | Opened 2/01/07  Last Active 11/04/08 CreditCard |  |  |  |  |
| Citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | C |  |  |  |  |  | 27,218.00 |
| Account No. xxxx-xxxx-xxxx-6249 |  |  | Credit Card |  |  |  |  |
| CitiBank PO Box 44183 Jacksonville, FL 32231-4183 | C |  |  |  |  |  | 21,987.63 |
| Account No. |  |  | Attorney's Fees |  |  |  |  |
| Corri Ferrentino, Atty at Law 1901 Newport Blvd Suite 350 Costa Mesa, CA 92627 | C |  |  |  |  |  | 5,000.00 |
| Account No. |  |  | Medical Bills |  |  |  |  |
| Don F Mills, MD 500 South Main Street #1210 Orange, CA 92868 | C |  |  |  |  |  | 3,270.00 |

Sheet no. _3_ of _7_ sheets attached to Schedule of    Subtotal    89,919.63
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert W. Farmer,                                          Case No. __8:09-bk-14918__
        Patricia Farmer
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx6220 | | | Opened 3/01/06 Last Active 12/01/08 ChargeAccount | | | | |
| Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | C | | | | | 2,653.00 |
| Account No. | | | Personal Loan from mother | | | | |
| Ellen Joyce Reed 6534 Lincoln Green Holland, OH 43528 | | C | | | | | 15,000.00 |
| Account No. | | | Client: Francisco Breniz - property damage claim | | | | |
| Farmer's Insurance PO Box 268992 Oklahoma City, OK 73126-8992 | | C | | | | | 2,227.30 |
| Account No. xxxx3391 | | | Opened 5/01/08 Last Active 2/11/09 Lease | | | | |
| Ford Motor Credit Corporation National Bankruptcy Center Po Box 537901 Livonia, MI 48153 | | C | | | | | 12,783.00 |
| Account No. xxxxxxxx1013 | | | Opened 6/01/07 Last Active 10/15/08 ChargeAccount | | | | |
| Gemb/care Credit Attn: Bankruptcy Po Box 103106 Roswell, GA 30076 | | C | | | | | 2,237.00 |

Sheet no. _4_ of _7_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    34,900.30

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert W. Farmer,                                          Case No.    8:09-bk-14918
         Patricia Farmer

                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxx4496 | | | | | Opened  9/01/06  Last Active 10/20/08 Lease | | | | |
| Gmac Po Box 12699 Glendale, AZ 85318 | H | | | | | | | | 14,999.00 |
| Account No. xxxxxxxx0255 | | | | | Opened  1/01/07  Last Active 11/04/08 CreditCard | | | | |
| HSBC Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | C | | | | | | | | 3,793.00 |
| Account No. xxxxxxxx1559 | | | | | Opened  1/01/07  Last Active 10/29/08 CreditCard | | | | |
| Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | C | | | | | | | | 3,358.00 |
| Account No. xx6726 | | | | | Opened  6/07/95  Last Active 12/19/08 ChargeAccount | | | | |
| JC Penney Attention: Bankruptcy Department Po Box 103106 Roswell, GA 30076 | C | | | | | | | | 518.00 |
| Account No. | | | | | Potential Law Suit | | | | |
| Jon Irvine 2 South Pointe Suite 240 Lake Forest, CA 92360 | C | | | | | | | X | Unknown |

Sheet no.  5   of  7   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        22,668.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert W. Farmer,                                    Case No.    8:09-bk-14918
         Patricia Farmer
                                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential Lawsuit | | | | |
| Josh Friend 18594 Santa Ynez Fountain Valley, CA 92708 | C | | | | | X | Unknown |
| Account No. | | | Plaintiff in current Lawsuit (OCSC Central Case No:07CC03470) | | | | |
| KMJ/Corbin & Company 555 Anton Blvd Costa Mesa, CA 92626 | C | | | | | X | Unknown |
| Account No. | | | Potential Lawsuit | | | | |
| Kristy Wolford 2 South Pointe Suite 240 Lake Forest, CA 92630 | C | | | | | X | Unknown |
| Account No. | | | Potential lawsuit | | | | |
| Nationwide Mortgage Concepts 40380 Desert Creek Lane Rancho Mirage, CA 92270 | C | | | | | X | Unknown |
| Account No. | | | Plaintiff in current Lawsuit (OCSC Central Case No:07CC03470) | | | | |
| Steve Lee 6 Vinewood Lane Ladera Ranch, CA 92694 | C | | | | | X | Unknown |

Sheet no. _6_ of _7_ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert W. Farmer,    Case No.    8:09-bk-14918
           Patricia Farmer
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Potential lawsuit | | | | |
| Steve Pitchersky 268 Paseo Vista Circle Palm Desert, CA 92260 | C | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. _7__ of _7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |
| Total (Report on Summary of Schedules) | 524,416.59 |