Weneta M.A. Kosmala
**c/o LAW OFFICES OF
WENETA M.A. KOSMALA**
P.O. Box 16279
Irvine, CA 92623-5028
Telephone:    (714) 540-3600
Facsimile:    (714) 708-0666
E-mail:    weneta.kosmala@7trustee.net

Weneta M.A. Kosmala, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:10-bk-14918-TA |
| **ROBERT W. FARMER**<br>**PATRICIA FARMER,** | Chapter 7 |
| Debtor(s). | **NOTICE OF WITHDRAWAL RE CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARITES:**

**PLEASE TAKE NOTICE** that the Chapter 7 Trustee, Weneta M.A. Kosmala (the "Trustee") has discovered a previously unscheduled asset and **hereby withdraws** the Chapter 7 Trustee's Report of No Distribution (Docket Number 11), which was filed with this Court on July, 21, 2009 and re-filed on October 26, 2010.

Dated: February 14, 2011

                                                  /s/Weneta M.A. Kosmala
                                                  Chapter 7 Bankruptcy Trustee

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

P.O. Box 16279, Irvine, CA  92623-9998

A true and correct copy of the foregoing document described as **NOTICE OF WITHDRAWAL RE CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *2/14/11*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Paimon Banani     pai@legalhelpers.com, bananiecf@gmail.com;courtnotice@legalhelpers.com
Weneta M Kosmala (TR)     Weneta.Kosmala@7trustee.net, ca15@ecfcbis.com;wkosmala@kosmalalaw.com;dfitzger@kosmalalaw.com;kgeorge@kosmalalaw.com
Martina A Slocomb     mslocomb@marshackhays.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *2/14/11,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert, 411 W. Fourth Street, Suite 5085, Santa Ana, CA  92701-4593

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/14/11 | David M. Fitzgerald | /s/David M. Fitzgerald |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                                   F 9013-3.1.PROOF.SERVICE

```
Case 8:09-bk-14918-TA
Central District Of California
Santa Ana
Mon Feb 14 09:33:06 PST 2011

Antonio Soich                          Associates/citibank                     American Express
6 1/2 The Strand                       Attn: Centralized Bankruptcy            c/o Becket and Lee
Hermosa Beach, CA 90254                Po Box 20507                            Po Box 3001
                                       Kansas City, MO 64195-0507              Malvern, PA 19355-0701


                                       Bac / Fleet Bankcard
                                       Po Box 26012
                                       Greensboro, NC 27420-6012


Bank Of America                                                                (p)CAPITAL ONE
Nc4-105-03-14                                                                  PO BOX 30285
4161 Piedmont Pkwy                                                             SALT LAKE CITY UT 84130-0285
Greensboro, NC 27410-8110



Chase                                  Chase - Cc                              Citi
PO Box 94014                           Attention:  Banktruptcy Department     Attn: Centralized Bankruptcy
Palatine, IL 60094-4014                Po Box 15298                            Po Box 20507
                                       Wilmintgon, DE 19850-5298               Kansas City, MO 64195-0507


CitiBank                               Corri Ferrentino, Atty at Law           Countrywide Home Lending
PO Box 44183                           1901 Newport Blvd                       Attention: Bankruptcy  SV-314B
Jacksonville, FL 32231-4183            Suite 350                               Po Box 5170
                                       Costa Mesa, CA 92627-2299               Simi Valley, CA 93062-5170


Credit Collection Services             Don F Mills, MD                         Dsnb Macys
Two Wells Ave., Dept. 7249             500 South Main Street #1210             9111 Duke Blvd
Newton Center, MA 02459-3208           Orange, CA 92868-4556                   Mason, OH 45040-8999


Ellen Joyce Reed                       Farmer's Insurance                      Farmer's insurance
6534 Lincoln Green                     PO Box 268992                           8907 Warner Ave., Ste. 168
Holland, OH 43528-9670                 Oklahoma City, OK 73126-8992            Huntington Beach, CA 92647-8304


(p)FORD MOTOR CREDIT COMPANY           Franchise Tax Board                     Gemb/care Credit
PO BOX 6275                            PO Box 942840                           Attn: Bankruptcy
DEARBORN MI 48121-6275                 Sacramento, CA 94240-0001               Po Box 103106
                                                                               Roswell, GA 30076-9106


Gmac                                   HSBC                                    Hsbc Bank
Po Box 12699                           Attn: Bankruptcy                        Po Box 5253
Glendale, AZ 85318                     Po Box 5213                             Carol Stream, IL 60197-5253
                                       Carol Stream, IL 60197-5213


(p)INTERNAL REVENUE SERVICE            JC Penney                               John J Hamilton Esq
CENTRALIZED INSOLVENCY OPERATIONS      Attention:  Bankruptcy Department       Attorney For Steve Lee
PO BOX 7346                            Po Box 103106                           39 Chadwick
PHILADELPHIA PA 19101-7346             Roswell, GA 30076-9106                  Irvine  CA 92618-6901
```

Jon Irvine
2 South Pointe Ste 240
Lake Forest   CA 92630-2281

Josh Friend
18594 Santa Ynez
Fountain Valley  CA 92708-6253

KMJ/Corbin & Company
555 Anton Blvd
Costa Mesa   CA 92626-7811

Kristy Wolford
2 S Pointe Ste 240
Lake Forest   CA 92630-2281

Lbs Financial Cu
Po Box 4860
Long Beach, CA 90804-0860

Mark DiMaria Esq
Chapman Glucksman Dean Roeb & Barger
11900 W Olympic Blvd Ste 800/P O Box 647
Los Angeles   Ca 90064-1199

Nationwide Mortgage Concepts
40380 Desert Creek Lane
Rancho Mirage   CA 92270-4065

Orange Co. Treasurer -Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

Steve Pitchersky
268 Paseo Bista Circle
Palm Desert   CA 92260-5294

Steven Lee
6 Vinewood Lane
Ladera Ranch   CA 92694-0238

Patricia Farmer
11202 Arroyo Ave
Santa Ana, CA 92705-2402

Robert W. Farmer
11202 Arroyo Ave
Santa Ana, CA 92705-2402

Steve Lee
c/o Marshack Hays LLp
5410 Trabuco Road
Suite 130
Irvine, CA 92620-5749



Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153

IRS
PO Box 21126
Philadelphia, PA 19114



